KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7249
   E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VINCE MING WAN,<br><br>    Defendant. | No. CR 05-0375 SI<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice. As the Court is aware, the charges in this case have been supplanted by the defendant's indictment in CR 06-0426 SI.

DATED: September 1, 2006                    Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney

                                                      /S/

                                                  ANDREW M. SCOBLE
                                                  Assistant U.S. Attorney

NOTICE OF DISMISSAL
(CR 05-0375 SI)

1  Leave is granted to the government to dismiss the indictment.

3  Date: _____   _____
                          HON. SUSAN ILLSTON
4                         United States District Judge

NOTICE OF DISMISSAL
(CR 05-0375 SI)

2